


Date: 12/19/2011

## Summary of Coverage For:

Middleburg Volunteer Fire Department, Inc.
P.O. Box 122
Middleburg, VA 20118

| **Presented By:**<br>Draisey Insurance Agency<br>PO Box 1348<br>Middleburg, VA 20118<br>Phone: (888) 752-9111<br>Fax: (877) 761-0946 | **Emergency Services Insurance Program**<br>Offered by McNeil & Company, Inc.<br>P.O. Box 5670<br>20 Church Street<br>Cortland, NY 13045<br>Phone: (800) 822-3747<br>Fax: (607) 756-5051<br>Website: www.esip.com |
|---|---|
| Carrier: Arch Insurance Company A.M. Best Rating: A (Excellent) | |



# NAMED INSURED



## Named Insured will read on the policy as:

**First Named Insured:**

Middleburg Volunteer Fire Department, Inc.

**Other Named Insured:**

Middleburg Volunteer Fire Department Ladies Auxiliary

Other Named Insureds should include all legal entities under which you operate or own property, including any Fire Company, Volunteer Association, Auxiliary, or Cadet Program. If the named insureds shown above are not correct please advise your ESIP agent.





# PROPERTY COVERAGE

## Basic Coverage Information

| | |
|---|---|
| **Building Valuation** | Guaranteed Replacement Cost |
| **Business Personal Property Valuation** | Guaranteed Replacement Cost |
| **Coinsurance** | Agreed Amount |
| **Building Deductible** | $1,000 Single Occurrence Deductible |
| **Business Personal Property Deductible** | $1,000 Single Occurrence Deductible |
| **Cause of Loss Form:** | Special |



# PROPERTY COVERAGE



## Limits of Insurance

**Premises 1: 910 Washington Street, Middleburg, VA 20118**

**1 - 1 Fire Station**

| Building Value: | $1,000,000 | Business Personal Property: | $701,960 |
|---|---|---|---|
| Separate Wind Deductible: No | | | |

| | | | |
|---|---|---|---|
| Flood: | $1,000,000 | Per Occurrence and Annual Aggregate | $1,000 Deductible |
| Earthquake: | $1,000,000 | Per Occurrence and Annual Aggregate | $1,000 Deductible |

**Premises 2: 7 Federal Street, Unit F/7, Middleburg, VA 20117**

**2 - 1 Storage Unit**

| Building Value: | $0 | Business Personal Property: | $100,000 |
|---|---|---|---|
| Separate Wind Deductible: No | | | |

| | | | |
|---|---|---|---|
| Flood: | $1,000,000 | Per Occurrence and Annual Aggregate | $1,000 Deductible |
| Earthquake: | $1,000,000 | Per Occurrence and Annual Aggregate | $1,000 Deductible |



# PROPERTY COVERAGE



## Coverage Extensions Included

**Building Ordinance or Law**

- Contingent Loss to the Undamaged Portion of the Building
- Demolition Cost Coverage With No Sub-Limit
- Increased Cost of Construction With No Sub-Limit

**Business Income/Extra Expense**

- Actual Loss Sustained
- Up to 24 Months

**Computers and Communications Equipment** .................................... $250,000

**Software, Data and Valuable Papers** ................................................ $250,000

**Equipment Breakdown Coverage**

- Heating and Cooling Systems
- Telephone Systems
- Communication Equipment
- Back-Up Generators
- Miscellaneous Electrical Equipment

**Newly Acquired Property** ........................................................... $2,500,000

**Outdoor Property** ........................................................................ $250,000

- Fences
- Monuments and Memorials
- Parking Lots and Sidewalks
- Plants and Lawns ($10,000 Each)
- Detached Signs

**Property In Transit** ........................................................................ $25,000

**Property Off Premises** .................................................................... $25,000

**Uncollected Funds** ........................................................................ $250,000

**Pollutant Clean-Up** ......................................................................... $50,000

**Debris Removal** ............................................................................. $25,000



# PROPERTY COVERAGE




## Coverage Extensions Included

**Spoilage** ........................................ $25,000

**Money & Securities** ........................................ $25,000

**Premises Expanded** ........................................ 1,000 Feet

**Attached Signs** ........................................ Included With No Sub-Limit

**Fire Extinguishing Equipment** ........................................ Cost to Recharge; No Sub-Limit

**Property of Others** ........................................ Included With No Sub-Limit

**Sewer and Drain Back Up** ........................................ Included With No Sub-Limit

**Antiquities, Trophies & Awards** ........................................ Included With No Sub-Limit

**Crime Reward** ........................................ $25,000



# GENERAL LIABILITY




## Limits of Insurance

| | |
|---|---|
| General Aggregate | $10,000,000 |
| Products/Completed Operations Aggregate | $10,000,000 |
| Each Occurrence | $1,000,000 |
| Personal & Advertising Injury | $1,000,000 |
| Damage to Premises Rented to You (Fire Damage) | $100,000 |
| Medical Expense | $5,000 |

## Schedule of all Premises you Own, Rent or Occupy

**Location 1: 910 Washington Street, Middleburg, VA 20118**

**Location 2: 7 Federal Street, Unit F/7, Middleburg, VA 20117**



# GENERAL LIABILITY



## Coverages Included

**Non-Owned Aircraft & Watercraft**

**Owned Watercraft less than 26ft**

**Contractual Liability**

**Fund Raising Activities**

**Host Liquor Liability**

**Members as Insureds**

**Fire and Rescue Service Liability**

- Emergency Services E&O
- Medical Malpractice Liability
- Dispatcher's Liability
- Medical Director's E&O
- Good Samaritan Liability

**Emergency Services Liability - Claims Made**

- Unlimited Tail for Claims Made
- Directors and Officers Liability
- Employee Benefits Liability
- Employment Related Practices Liability
- Outside Directorships
- $25,000 Non-Monetary Relief



# GENERAL LIABILITY



## Coverages Included

**Pollution Liability**

On-Premises

Off-Premises

$1,000,000 Sub-Limit for Off-Premises Corrective Action Costs

Above Ground Fuel Storage Tanks

**Injury to Volunteers**

**Fellow Member Liability**



# CRIME



| Type of Coverage | Limit of Insurance (no deductible applies) |
| --- | --- |
| **Employee Theft - Blanket**<br>Includes All Employees, Volunteers, Board Members and Treasurers | $250,000 |



# BUSINESS AUTO



## Limits of Insurance

| | |
|---|---|
| **Combined Single Limit Liability (Symbols: 1, 19)** | $1,000,000 |
| **Uninsured Motorists (Symbols: 6, 19)** | $1,000,000 |
| **Medical Payments (Symbols: 7)** | $5,000 |

## Deductibles (Single Occurrence)

| | |
|---|---|
| **Emergency Apparatus Deductible** | $500 |



# BUSINESS AUTO



## Vehicle Schedule

| No. | Year | Make | Model | VIN | ACV | Agreed Value |
|---|---|---|---|---|---|---|
| 1 | 1998 | Pierce | Pumper | 4P1CT02U4WA000775 | | $475,000 |
| 2 | 2001 | Ford | Brush Truck | 1FTSF31FX1EA31837 | | $85,000 |
| 3 | 2006 | Ford | Truck | 1FTWW31P36EA78712 | | $45,000 |
| 4 | 2007 | Sterling | Pumper/Tanker | 2FZHAZCK87AX46716 | | $475,000 |
| 5 | 2007 | Ford | F-450L | 1FDXF47P37EB25672 | | $155,000 |
| 6 | 1997 | Ford | Crown Victoria | 2FALP71W1VX124216 | N/A | N/A |
| 7 | 2007 | Ford | F-450L | 1FDXF47P17EB25671 | | $155,000 |
| 8 | 1988 | Chevrolet | Pickup | 1GCDK14K2JZ157846 | | $2,500 |


* Indicates Vehicles With Automatic Increase



# Indicates Vehicles Without Liability Coverage

# BUSINESS AUTO



## Included Coverages

**Scheduled Vehicles**

**Non - Owned Vehicles (Primary Liability Including Member's Autos)**

**Hired / Borrowed Vehicles**

**Members as Insureds**

**Towing and Labor for Vehicles Carrying Physical Damage**

No Sub-Limit Within 250 Miles

$1,000 Beyond 250 Miles

**$0 Glass Deductible for Vehicles Carrying Physical Damage**

**Fellow Member Liability**

**Injury To Volunteers**



# BUSINESS AUTO



## Physical Damage Coverage Information

**For Agreed Value Vehicles We Pay The Lesser Of:**

1. **Agreed Value**
   Constructive Total Loss If Repair Cost Equals 75% Of Agreed Value
2. **Actual Replacement Cost**
   Including The Cost To Update To Current Standards
3. **Repair Cost**
   Including Up To 50% Extra To Update Damaged Parts To Current Standards

**For Actual Cash Value Vehicles We Pay:**

1. **Actual Cash Value**
   Including The RCV For Special Paint, Decals And Equipment
   Including The Cost To Update To Current Standards

## Coverage Extensions

**Member's Autos**
Lesser of Member's Deductible, Cost to Repair or ACV

**Rental Reimbursement***
$250 Per Day for 30 Days

**$500,000 Substitute Vehicles***
For Up to 6 Months

**$500,000 Newly Acquired Vehicles**
For Up to 60 Days

**$50,000 Hired Vehicles**

**$10,000 Vehicle Debris Removal***

***Coverage Applies to Vehicles Shown in the Vehicle Schedule with Agreed Value with the Exception of PPT's**



# PORTABLE EQUIPMENT



## Limits of Insurance

| | |
|---|---|
| **Valuation** | Guaranteed Replacement Cost |
| **Deductible (Single Occurrence)** | $250 |

## Coverage Extensions

**Commandeered and Impounded Property**

Primary Coverage

Actual Cash Value or Legal Liability - Whichever is Greater

Loss of Use and Income

**Member's Personal Property**

Cost to Repair or Replace

$0 Deductible

| | |
|---|---|
| **Patient's Property** | $10,000 |
| **Computers in Transit** | $10,000 |
| **Rental Reimbursement** | $10,000 |
| **Cost to Recertify** | $10,000 |
| **Permanently Installed Property Off Premises** | $100,000 |
| **Systems Breakdown Coverage** | $25,000 |



# UMBRELLA LIABILITY



## Limits of Insurance

| | |
|---|---|
| **Aggregate (Does not apply to Auto)** | **$5,000,000** |
| **Each Occurrence** | **$5,000,000** |
| **Personal & Advertising Injury** | **$5,000,000** |
| **Self Insured Retention** | **None** |

## Excess Over

**Automobile Liability**
- Fellow Member Liability

**General Liability**
- Non-Owned Aircraft & Watercraft
- Owned Watercraft up to 26ft
- Contractual Liability
- Host Liquor Liability
- Fellow Member Liability

**Emergency Services Liability**
- Directors and Officers Liability
- Employee Benefits Liability
- Employment Related Practices Liability
- Outside Directorships

**Pollution Liability**

**Fire and Rescue Service Liability**
- Emergency Services E&O
- Medical Malpractice Liability
- Dispatcher's Liability
- Medical Director's E&O
- Good Samaritan Liability



# TRAINING AND SAFETY



## Loss Control Services

**Vehicle Accident Avoidance**

- EVOC Training
- Intersection Accident Avoidance Training
- Vehicle Accident Claims Guides
- Safety Posters

**Member Safety**

- Violence Awareness for Emergency Responder Training
- Safe Patient Handling Training
- PASS Reminder Kits
- Haz-Mat Pocket Guides

**Reducing Liability**

- Employment Practices Hotline
- Alcohol Server Training
- Alcohol Awareness Kits
- Safety Forms & Checklists
- Policy Development Assistance

**General Safety**

- On Site Safety Audits
- Risk Management Reports
- Speakers Bureau

**For More Information Visit:**

www.esip.com, proceed to the Loss Control link and choose Training



# FREE ONLINE TRAINING AVAILABLE 24/7!




McNeil and Company is pleased to offer online training to our customers through our E-Learning and Training Management System. While this material is not meant to replace quality face to face and hands on training, we realize that tremendous time requirements are placed on individuals in today's fast paced environment, making it difficult for everyone to attend scheduled training.

Our E-Learning courses allow you to supplement scheduled hands on training and are available 24/7 to meet the needs of the student. These courses are offered free of charge to McNeil and Company insureds. Best of all, the information can be tracked and managed by your organization's training officers, and in some cases, even count towards continuing education credits!

### Here are just a few of our available courses...

Emergency Vehicle Backing

INTERACT

Fire Station Safety & Self Inspection

Hazardous Materials

Non-Emergency Transports

Bloodborne Pathogens

Privately Owned Vehicle Operations

SCBA & Breathing Air Refresher

### What are people saying about our E-Learning?

*"Informative and easy to fit into my personal schedule by being online." – Student*

*"I believe this is a very good program and glad to see someone has put something together for fire departments. It is about time!!!" – Student*

*"Offering educational training to our members has always been difficult because most of them hold down full time jobs. These online courses give our members an opportunity to get the education they need outside of the typical classroom setting." – Management Personnel*

*"We can make sure that our members are keeping on track with department recommendations for training, at a glance!" – Management Personnel*

### Registering your organization

Once you've received your policy number, visit www.mcneilandcompany.com and click on the E-Learning logo at the bottom of the page to register your organization and obtain an access code.

### Still not sold on our E-Learning?

Visit www.mcneilandcompany.com and click on the E-Learning Demo link at the bottom of the page.

# DISCLAIMER



**GENERAL CONDITIONS:**

**This Summary of Coverage is based on coverage currently included in your insurance policy and reflects information provided to McNeil & Company by the Agent.**

**Each individual policy contains the actual terms, conditions and exclusions. This Summary of Coverage highlights certain features and benefits of the program.**

**This information is subject to adjustment based on any changes to limits and coverages processed and / or received subsequent to release of this Summary of Coverage.**

